IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM M. CAMPOS,

    Plaintiff,

v.

Case No.  20-cv-709-jdp

DEBRA TIDQUIST, KRISTINE PRALLE,
PAULINE HULSTEIN, and TAMMY
MAASSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | March 29, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |